RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 1 4 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**Atlanta Division**

David Cobble (et.al)
   Plaintiff(s)

vs.

| | | |
|---|---|---|
| Joseph R. Biden, Jr.<br>President of United States | Kamala Harris<br>Vice President of United States | Conspiracy to Defraud U.S. Gov't.<br>Conspiracy to Destroy United States,<br>Demand for Jury Trial |
| Fani Willis<br>Fulton County District Atty. | Lloyd Austin<br>U.S. Secretary of Defense | |
| Merrick Garland<br>U.S. Attorney General | Janet Yellen<br>Secretary of the Treasury | CASE NO. |
| Miguel Cardona<br>Secretary of Education | Alexandro Mayorkas<br>Secretary Homeland Security | **1 : 24 -CV- 2 6 0 8** |
| Becky Pringle<br>Nat. Education Association | Alexander Soros<br>Open Society Foundations | |
| | Defendants | |

**CIVIL ACTION COMPLAINT**
**SEEKING PRELIMINARY, DECLARATORY**
**AND INJUNCTIVE RELIEF**

## I. PARTIES TO THIS COMPLAINT

**Plaintiffs**

i.
David Cobble
P.O. Box 56110
Atlanta, Georgia 30343
404-908-3032
davidcobble@fastmail.com

ii.
American citizens
(if case becomes
class-action)

**Defendants**

1.
Joseph R. Biden, Jr.
President of United States
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

3.
Fani Willis
Fulton County District Atty.
141 Pryor Street SW
Atlanta, Georgia 30303
404-612-4981

2.
Kamala Harris
Vice President of United States
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

4.
Merrick Garland
United States Attorney General
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

1

**Defendants continued**

5.
Miquel Cardona
U.S. Secretary of Education
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

6.
Lloyd Austin
U.S. Secretary of Defense
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

7.
Janet Yellen
Secretary of the Treasury
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

8.
Alexandro Mayorkas
Secretary of Homeland Security
c/o U.S. Solicitor General
Room 5614, Dept. of Justice
950 Pennsylvania Ave
Washington, D.C. 20530-0001

9.
Becky Pringle
President
National Education Association
1201 16th Street  NW
Washington, DC  20036
202-833-4000

10.
Alexander Soros
Chairman,
Open Society Foundations
224 West 57th Street
New York, NY 10019
212-548-0600

## II. STATEMENT ON THE COURT'S JURISDICTION

Fraud is always actionable in a court of law. This case is being mainly brought under the All Writs Act 28 U.S.C. § 1651 by which private citizens have a right of action. Defendant Biden enjoys no immunity from the civil charge of fraud and conspiracy because the conspiracy to which Biden is part —to defraud and destroy the United States—began prior to him becoming the U.S. president. He is being sued both as a private citizen and in his capacity as a government official.

Biden did not run for office to be a legitimate president; he knows his presidency is not legal nor legitimate; he ran for office solely to literally destroy America and use the U.S. Presidency to descend the world into violence and war for the globalist agenda of the World Economic Forum and European Union—so they can justify a one world government.

Three of the most obvious evidence of his intent to destroy the United States is (**1**) Biden's open border policy by which he is intentionally destroying U.S. cities and letting into the U.S. millions of criminals, spies, saboteurs and enemies of America, (**2**) Biden is indoctrinating all cadets of U.S. military academies with the new course "Deconstructing Patriotism," to make U.S. soldiers hate America, and (**3**) Biden's illegal "law-fare" to illegally blunt Donald Trump's presidential campaign.

The parts of the conspiracy began to be discovered in 2023, and the roles played by each defendant are set forth in the Statement of Claim, which alleges fraud prior the them taking office.

Defendant Biden's presidency is therefore wholly illegitimate and illegal, making his programs and presidential actions illegal. The Court thus has jurisdiction to reverse his programs meant to destroy the United States and injure Americans.

The All Writs Act "empowers federal courts to fashion extraordinary remedies when the need arises," *Pennsylvania. Bureau. of Corrections. v. Marshals Svc.*, 474 U.S. 34, 35 (1985).

**Biden's role began when** Democrat Party elites accosted him to run for president in 2020. They colluded to agree that Biden would run a campaign promising to "improve America" and, if he wins the election, he would immediately reverse course to pursue policies designed to destroy the country. That was the first fraud in the conspiracy as private citizens to defraud the U.S government. Their actions to destroy the country have been cloaked in policies supported with falsehoods, which is fraud. For instance, he took office claiming there is a "climate crisis" about to end life on earth in 10 to 12 years. That is an utter lie and fraud. Climate change could be real but it is not even close to being a crisis.

Biden has used his climate crisis lie as a pretext to destroy the fossil fuel and gasoline automobile industries, drive up prices; take potential farmland out of commission; stop Americans from using staple household appliances; has started spending tens of billions of tax dollars to indoctrinate 20,000 American youth (called American Climate Corps) with the climate crisis lie to force the deception upon all Americans; deliberately wasting trillions of tax dollars on "green energy" programs that are not working and or do not provide the benefits he claims as part of Democrat elites' larger agenda of wasteful spending to drive the U.S. into fiscal insolvency.

Biden and Leftists have industrialized the death and destruction of America's children under the pretexts of "women's reproductive rights" (killing babies throughout all nine (9) months of pregnancy and after birth); child transgenderism (destroying kids' genitals, making them sterile, and saddling them with lifelong health issues); colluding with the Soros family to elect pro-crime city officials (to draw youth into criminal lifestyles and make U.S. cities wastelands); sabotaging K-12 and college education by indoctrinating students with counterfeit knowledge (to steal the futures of youth and degrade the U.S. workforce). Counterfeit knowledge itself is fraud. On causing so much death and malaise among youngsters, Democrat elites have accelerated their goal to put U.S. birthrates into decline which, among other catastrophes, will eventually kill Medicare and Medicaid and make senior citizens homeless due to evaporation of the U.S. tax base..

These are merely five (5) facets of their multifaceted conspiracy and agenda of destruction. See Statement of Claim and "Memorandum of Law and Treatise."

**The more Democrat elites become** extreme, the more their agenda becomes steeped in defrauding the U.S. government. That gives federal courts jurisdiction under the All Writs Act to fashion remedies to end their conspiracy to defraud the federal government and destroy the country. For example, each

defendant took their oaths of office by fraud, for when taking the oath, they knew they were not going to fulfill or execute their oath of office; never intended to uphold the Constitution. Just as importantly, they did not take the "full" oath of office—they took oath only in part—which disqualifies them from holding federal office and federal employment. (See Memorandum of Law and Treatise, p.4)

The Court may not be authorized to remove them from office, but the Court does have authority to DECLARE that they are "ineligible" for federal office. Though not a bar to occupy federal office, said declaration would put American voters, Congress, and future presidents on notice that it is unlawful to elect or appoint such persons to federal office.[*]

**Under All Writs Act,** the Court also has authority to intervene in Defendant Biden's agenda of destruction, wrought by defrauding the U.S.—to stop and reverse his destruction programs, order him and his co-defendants to return all relevant unspent tax dollars back to the U.S. Treasury, suspend authority over agencies, and terminate appointments and employment that resulted from the defendants' conspiracy to defraud the government. Due to the illegitimacy and illegality of Biden's presidency, he has no presidential authority to declare a National Emergency or Martial Law under any circumstances. Respectfully, the Court has a duty to "declare" he has no such authority and to inform each member of Congress and U.S Supreme Court that he has no such authority.

Other basis for federal jurisdiction are the Fifth and Fourteenth Amendments to U.S. Constitution; 42 U.S.C. § 1983 (applicable to Defendant Willis and Defendant Pringle).

## III. STATEMENT OF CLAIM

**1.**

In 2020, when Defendant Biden campaigned for the U.S. Presidency, he knew, if elected, his presidency would be illegal; he campaigned to be elected as president solely to implement nefarious policies by fraud designed to destroy the United States and use the U.S. Presidency to descend the world into violence and war as part of the globalist agenda of the World Economic Forum and European Union deep state.

**2.**

In 2020, Democrat Party elites colluded with Defendant Biden (then a private citizen) to have Biden campaign for the U.S. Presidency on a ticket that professed to improve America, and if he is elected, he was to reverse course and start initiating policies intended to destroy the United States. It was their first

---

[*] Such a declaration could be provisional and reversible, pending the **ineligible official** coming before the Court to plead she has reversed her past behavior and is now committed to faithfully defend the Constitution and laws, and faithfully execute her duties if elected or appointed to federal office. See Memorandum of Law and Treatise, p.4.

act to defraud the United States.

**3.**

Defendant Biden took the Presidential Oath of Office by fraud, for from the start he knew was not going to fulfill the oath, he knew he was not going to faithfully defend the Constitution or the laws, he knew he was going to do the opposite of what the Constitution commands.

**4.**

Defendant Biden took the Presidential Oath of Office only in part; he did not take the "full" oath of office; he took the "word" part of the oath, but did not take the "spirit" part of the oath (making him ineligible to be president, see p.6 of Memorandum of Law and Treatise).

**5.**

Every decision Defendant Biden makes as president has an unconstitutional, ulterior, unlawful and criminal motive.

**6.**

Defendant Biden is a globalist who has no loyalty to the United States or the U.S. Constitution.

**7.**

Defendant Biden's Administration ordered or approved U.S. Military Academies to indoctrinate all military cadets with the course "Deconstructing Patriotism" to turn cadets against the United States and discourage patriotism and loyalty toward America to encourage sedition and treason.

**8.**

Prior to Defendant Biden taking office, the strategy of himself and Democrat elites was/is to engulf American society in a barrage of counterfeit realities intended to constructively delete the U.S. Constitution and laws, debase U.S. institutions, make them ineffectual, and lose focus on their intended purpose so that America will be weakened, descend into chaos, violence, fiscal instability, mass poverty and homelessness and loss of sovereignty so that the U.S. becomes ripe for being co-opted by the European Union for a one world government. The objective of Defendant Biden, et.al, is to merge the U.S. with a global totalitarian regime—by linking Biden's planned digital currency with the EU's planned digital currency—headed by a cabal of unelected elites.

**9.**

To justify their one world government, Defendant Biden, Democrat elites and the globalist cabal are secretly fomenting wars and unrest domestically and across the world. Currently, Biden and his globalist cabal are trying to provoke Russia into launching a nuclear strike against Ukraine to start World War III.

**10.**

Another act Defendant Biden and Democrat elites have undertaken to destroy the United States is to abandon America's longstanding "Peace Through Strength" policy to invite enemies to move against the interests of the United States and against the interest of world peace.

**11.**

Another act Defendant Biden has undertaken to destroy the United States is to give aid to America's enemies such as China and Iran and create opportunities for them to strike against U.S. interests.

**12.**

Defendant Biden and the Democrat Party elites' conspiracy to destroy the United States comprise a series of fraudulent claims and destructive designs that they mask by calling them policy.

**13.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden is waging an all out war against the U.S. Constitution using U.S. tax dollars to litigate in courts to win judicial decisions to deny Americans their First Amendment right to free speech and an independent press and deny Americans their Second Amendment right to keep and bear firearms. Biden's war against the Constitution includes systematically violating the Fifth Amendment right to due process of the law by holding Americans indefinitely without trial who were present at the January 6, 2021 protests at the U.S. Capitol Building.

**14.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has undertaken to spread the lie that there is a "climate crisis" that is about to end life on earth within 10 to 12 years. There is no such crisis. Defendant Biden used his lie as a pretext to destroy the fossil fuel and gasoline automobile industries, drive up prices; take potential farmland out of commission; stop Americans from using staple household appliances; has started spending tens of billions of U.S. tax dollars to indoctrinate 20,000 American youth (called American Climate Corps) with the climate crisis lie to force the deception upon all Americans; deliberately wasting trillions of tax dollars on "green energy" programs that are not working and knowing they do not provide the benefits he claims.[*]

---

[*] For immediate, reliable guidance on climate crisis fraud, see many videos on YouTube by Professor William Happer—example, *Crusade Against Carbon Dioxide*—Professor of Physics, Emeritus, at Princeton University, and Dr. Patrick Moore—example, *Carbon and Climate Catastrophe*—co-founder of Greenpeace and Senior Fellow at The Heartland Institute.

See also the DECLARATION (attached to Memorandum of Law and Treatise) issued by 1,609 climate scientists and experts declaring "THERE IS NO CLIMATE EMERGENCY." The entire text can be accessed online.

**15.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has undertaken to drive a policy to intentionally waste U.S. tax dollars—his Administration searches for ways to waste tax revenue—to drive up debt to destroy the fiscal stability of the U.S. government.

**16.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has undertaken to consciously abandon all responsibility to restrain federal spending—submitting deliberately excessive budgets of some $7.4 trillion in his attempt to drive the federal government into insolvency.

**17.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has undertaken to destroy the fiscal stability of the United States by instructing Defendant Janet Yellen, Secretary of the Treasury, to continuously print money to drive up inflation and prices, and to destabilize the banking system by instructing federal regulators to allow banks to pursue unsound banking policies to cause banks to fail, intentionally wiping out savings and investments of U.S. citizens.

**18.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has undertaken to destroy the fiscal stability of the United States was to send British diplomat Boris Johnson to Ukraine in 2022 to stop the peace deal Russia and Ukraine were about to sign to end the Ukraine war; Biden's purpose is to waste U.S. tax dollars and keep hundreds of billions flowing to Ukraine to keep the world destabilized and, if possible, start a nuclear war.

**19.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has lied to Congress about his motive to spend $80 billion to hire 87,000 IRS agents to recoup lapsed tax revenue from taxpayers—in reality Biden requested said measure in order to waste tax dollars and learn identities and addresses (and create lists) of U.S. citizens who oppose Democrat elites' destructive agenda.

**20.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden and Defendant Lloyd Austin as Secretary of Defense, have intentionally depleted the ranks of the U.S. Armed Forces by twenty-five (25) percent—by promoting woke and transgenderism to make men feminine, and waging an internecine war against straight white males (who historically have been the backbone and strength of U.S. Armed Forces)—in their attempt to weaken the U.S. military as much as

possible so it cannot win wars.

**21.**

As part of the conspiracy to defraud  the U.S government and destroy America, Defendant Biden and Defendant Alexandro Mayorkas as Secretary of Homeland Security, have undertaken to open the U.S. southern border to let millions of illegal immigrants to flood into the United States in order to flood America with spies, saboteurs, assassins and criminals to destabilize and destroy U.S. cities and drive them into bankruptcy, expand the operations of Mexican crime cartels, aid and abet the murder of multitudes of Americans killed by fentanyl poisoning by Mexican crime cartels and the Chinese Communist Party, and increase crime in U.S. cities.

**22.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has partnered with the anti-American Soros family—namely George Soros and son Defendant Alexander Soros—to fund the elections of "pro-crime" mayors and district attorneys across America to encourage criminal behavior among adults and youth, and to "fund" an agenda of homelessness and illicit drug use to turn U.S. cities into wastelands.

**23.**

Under Defendant Alexander Soros, largely through the Open Society Foundations, the Soros family defrauds the U.S. government by operating under a $501(c)(3)$ nonprofit designation claiming to help America, but in reality has committed the $30 billion Soros fortune to destroy the United States as part of Defendant Biden's agenda to destroy the country.

**24.**

As part of the conspiracy to defraud the U.S government and destroy America, Defendant Biden has undertaken to industrialize the death and destruction of America's children to drive down U.S. birthrates in order to shrink the U.S. tax base to, among other things, eventually terminate Medicare and Medicaid and send senior citizens into homelessness and poverty.

**25.**

Defendant Biden and Democrat elites' agenda to industrialize the death and destruction of America's children entail killing babies throughout all nine (9) months of pregnancy and after birth (under the pretext of "women's reproductive rights")); destroying kids' genitals, making them sterile, and saddling them with lifelong health issues (under the deception "changing their sex); colluding with the Soros family to elect pro-crime city officials (to draw youth into criminal lifestyles and draw U.S. cities into decline).

**26.**

Defendant Biden and Democrat elites' agenda to industrialize the death and destruction of America's children entails Defendant Miquel Cardona Secretary of Education and Defendant Becky Pringle, president of National Education Association systematically sabotaging the education of K-12 students and college/university students by indoctrinating them with counterfeit knowledge to steal the futures of youth and degrade the U.S. workforce. Counterfeit knowledge is fraud, and consists of:

(1) corrupt use of pronouns
(2) there are more than 2 genders
(3) equity (everyone must achieve the same outcome)
(4) all whites are racist
(5) child sex indoctrination

(6) Marxism
(7) there is no difference between male and female
(8) there is a "climate crisis" about to end life on earth (climate change may be real but is not a crisis)

(9) critical race theory
(10) gender is a social construct
(11) historical events shown to have no past occurrence
(12) merit based education is unhealthy

**27.**

While indoctrinating students with counterfeit knowledge, Defendant Biden, Defendant Miquel Cardona and Defendant Pringle have undertaken to deprive K-12 students and college/university students of the fundamentals of a solid education by de-emphasizing reading, writing, arithmetic, science and cursive handwriting.

**28.**

Defendant Cardona took his Oath of Office by fraud, for from the start he knew was not going to fulfill his oath; he knew he was not going to faithfully defend the Constitution or the laws; he knew he was going to do the opposite of what the Constitution commands.

**29.**

Defendant Cardona took his Oath of Office only in part; he did not take the "full" oath of office; he took the "word" part of the oath, but did not take the "spirit" part of the oath (making him ineligible to hold federal office or employment, see p.10, Memorandum of Law and Treatise).

**30.**

Defendant Cardona became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming Secretary of Education and acquiescing every destructive and unconstitutional policy Biden pursues.

**31.**

Defendant Kamala Harris took her Oath of Office by fraud, for from the start she knew was not going to fulfill her oath, she knew she was not going to faithfully defend the Constitution or the laws, she knew she was going to do the opposite of what the Constitution commands by acquiescing Defendant

Biden's and Democrat elites' scheme to defraud the U.S government and destroy the United States.

**32.**

Defendant Harris took her Oath of Office only in part; she did not take the "full" oath of office; she took the "word" part of the oath, but did not take the "spirit" part of the oath (making her ineligible to be vice president, thus ineligible to be president, see p.8, Memorandum of Law and Treatise).

**33.**

Defendant Kamala Harris became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming vice president and acquiescing every destructive and unconstitutional policy Biden pursues.

**34.**

Defendant Merrick Garland, U.S. Attorney General, acquiesced in Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America by failing to initiate Quo Warranto proceedings to remove Defendant Biden and Defendant Harris from office for being ineligible for the U.S. Presidency and Vice Presidency, respectively.

**35.**

Defendant Garland took his Oath of Office by fraud, for from the start he knew was not going to fulfill his oath; he knew he was not going to faithfully defend the Constitution or the laws; he knew he was going to do the opposite of what the Constitution commands.

**36.**

Defendant Garland took his Oath of Office only in part; he did not take the "full" oath of office; he took the "word" part of the oath, but did not take the "spirit" part of the oath (making him ineligible to occupy federal office or employment, see p.7, of Memorandum of Law and Treatise).

**37.**

Defendant Garland became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming U.S. Attorney General and acquiescing every destructive and unconstitutional policy Biden pursues.

**38.**

Defendant Lloyd Austin as U.S. Secretary of Defense acquiesced in Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America by taking part in their scheme weaken the United States Armed Forces, which Austin has intentionally depleted the ranks of the U.S. military by twenty-five (25) percent.

**39.**

Defendant Austin took his Oath of Office by fraud, for from the start he knew was not going to fulfill

his oath; he knew he was not going to faithfully defend the Constitution or the laws; he knew he was going to do the opposite of what the Constitution commands.

**40.**

Defendant Austin took his Oath of Office only in part; he did not take the "full" oath of office; he took the "word" part of the oath, but did not take the "spirit" part of the oath (making him ineligible to hold federal office or employment, see p.12, of Memorandum of Law and Treatise).

**41.**

Defendant Austin became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming Secretary of Defense and acquiescing every destructive and unconstitutional policy Biden pursues.

**42.**

Defendant Janet Yellen as Secretary of the Treasury acquiesced in Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America by taking part in their scheme to deliberately mismanage the U.S. economy, mainly to overprint money to drive up inflation and prices.

**43.**

Defendant Yellen took her Oath of Office by fraud, for from the start she knew was not going to fulfill her oath, she knew she was not going to faithfully defend the Constitution or the laws, she knew she was going to do the opposite of what the Constitution commands by acquiescing Defendant Biden's and Democrat elites' scheme to defraud the U.S government and destroy the United States.

**44.**

Defendant Yellen took her Oath of Office only in part; she did not take her "full" oath of office; she took the "word" part of the oath, but did not take the "spirit" part of the oath (making her ineligible to occupy federal office, see p.12, of Memorandum of Law and Treatise).

**45.**

Defendant Yellen became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming Secretary of the Treasury and acquiescing every destructive and unconstitutional policy Biden pursues.

**46.**

Defendant Fani Willis became part of Defendant Biden's and Democrat elites' conspiracy to defraud the U.S. government and destroy America when she made the first of some fifteen (15) visits to the White House to meet with the Biden Administration and received some $14 million from the Biden Administration to bring a criminal prosecution against Mr. Donald Trump solely for political purposes

to interfere with the 2024 presidential election to deny my right and all Americans' right to an uncorrupted and unadulterated election.

**47.**

Defendant Willis is a pro-crime District Attorney whose campaign was largely funded by Defendant Soros who's family who specializes in funding pro-crime city and county officials in their quest to destroy the United States.

**48.**

Defendant Willis took her Oath of Office to be Fulton County District Attorney by fraud, for from the start she knew was not going to fulfill her oath, she knew she was not going to faithfully defend the Constitution or the laws, she knew she was going to do the opposite of what the Constitution and law commands by acquiescing Defendant Biden's and Democrat elites' scheme to defraud the U.S government and destroy the United States.

**49.**

Defendant Willis took her Oath of Office only in part; she did not take the "full" oath of office; he took the "word" part of the oath, but did not take the "spirit" part of the oath (making her ineligible to hold federal office or employment, see p.9 of Memorandum of Law and Treatise).

**50.**

Defendant Willis became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming District Attorney and acquiescing every destructive and unconstitutional policy Biden pursues.

**51.**

Defendant Becky Pringle, as president of the National Education Association (NEA), has long been part of Defendant Biden's and Democrat elites' agenda—as set forth in paras. 24-26—to destroy the education of America's youth and young adults as part of their larger agenda to defraud and destroy the United States. She works with Defendant Cardona to execute said agenda.

**52.**

The National Education Association (NEA) enjoys a Congressional Charter, receives the bulk of its funding from the federal government and answers to the U.S. Dept. of Education, making the NEA a "quasi-agency" of the U.S. government.

**53.**

As NEA president, Defendant Pringle has defrauded the U.S. government long before the Biden Administration; the NEA website declares its goal is to "MAKE SURE EVERY STUDENT... SUCCEEDS" but in reality the NEA pursues an agenda to systematically indoctrinate youngsters with counterfeit knowledge to ensure that as many as possible do not succeed. (See p.11, of Memorandum

of Law and Treatise.)

**54.**

The NEA and Defendant Pringle defrauds the U.S. government by receiving millions of dollars in grants from the federal government to ensure that American youngsters are properly educated, but in reality Pringle uses federal funding to indoctrinate students with counterfeit knowledge as set forth in para. 26 and counter-productive Leftist ideology to "dumb down" kids while de-emphasizing the fundamentals of education such as reading, writing, arithmetic and especially cursive handwriting.

**55.**

Defendant Alexander Mayorkas, as Secretary of Homeland Security, is integral to Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America by pursuing Biden's open border policy to let millions of illegal immigrants to flow into the United States to destroy U.S. cities and endanger U.S. citizens. (See p.13, of Memorandum of Law and Treatise.)

**56.**

Defendant Mayorkas has been IMPEACHED by Congress and continues attempts to defraud the federal government by continuously lying to Congress saying the U.S. southern border is secured when in fact it is not.

**57.**

Defendant Mayorkas took his Oath of Office by fraud, for from the start he knew was not going to fulfill his oath; he knew he was not going to faithfully defend the Constitution or the laws; he knew he would do the opposite of what the Constitution commands.

**58.**

Defendant Mayorkas took his Oath of Office only in part; he did not take the "full" oath of office; he took the "word" part of the oath, but did not take the "spirit" part of the oath (making him ineligible to occupy federal office or employment, see p.10, Memorandum of Law and Treatise).

**59.**

Defendant Mayorkas became part of Defendant Biden's and Democrat elites' scheme to defraud the U.S. government and destroy America after becoming Secretary of Homeland Security and acquiescing every destructive and unconstitutional policy Biden pursues.

## IV. RELIEF WANTED

A.
### Request for Class-Action Certification
### Pursuant to Rule 23, FRCP
### and Appointment of Counsel

Since every American has a vital stake in the outcome of this case, it is prayed that the Court turn this case into a class-action suit pursuant to Rule 23, FRCP, and that the Court appoint legal counsel to litigate these proceedings. The following attorneys and law firms have shown an interest in representing the American people in this kind of situation:

G. Jason Thompson, Esq.
The Thompson Law Firm, PC
6455 East Johns Crossing
Suite 400
Johns Creek, GA 30097
678-331-4310
Jason@ThompsonLawFirm.US

Stephen Miller, Esq.
America First Legal Law Firm
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
972-247-3800 (Texas office)

Harmeet Dhillon, Esq.
Dhillon Law Firm
177 Post Street Suite 700
San Francisco, CA 94108
415-433-1700
harmeet@dhillonlaw.com

Gene Hamilton, Esq.
America First Legal Law Firm
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
972-247-3800 (Texas office)

Tom Fitton, Esq.
Judicial Watch, Inc.
425 Third Street SW
Suite 800
Washington, DC 20024
202-646-5172

David Bowsher, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
205-226-8734
dbowsher@balch.com

B.
### Preliminary Injunctions and Declaratory Relief
### to Reverse Destruction of the United States

Based on public knowledge and overwhelming prima facie evidence in the Memorandum of Law and Treatise, it is prayed that the Court issue the following preliminary injunctions to reverse destruction of the United States and its people.

Thus it is prayed that the Court:

1) DEEM and DECLARE that Defendant Biden and Democrat elites did collude to defraud the U.S. government to win the U.S. Presidency solely to pursue policies to destroy the United States;

2) DEEM and DECLARE that the presidency of Defendant Biden was attained by fraud and is illegitimate and illegal; DEEM and DECLARE that owing to Biden's illegal presidency, he does not have authority to declare a State of Emergency or Martial Law;

3) is disposed to coordinate the remedies of this case with the efforts of the next U.S. president to

deal with the problems and excesses left by the Biden Administration and bloated, wasteful federal bureaucracy;

4) DEEM it is self-evident that Defendant Biden's $7.4 trillion budget is extremely excessive and intended to waste tax dollars and make the U.S. government insolvent as part of Biden's agenda to destroy the United States **(Paras. 15-16)**; appoint a Special Master to audit overall spending of the Biden Administration; that Special Master be given powers to vacate and reverse spending deemed wasteful or unwarranted; authorize the Special Master to terminate programs, presidential appointments (not authorized by Congress) and personnel that are wasteful and unwarranted;

5) DEEM that Defendant Janet Yellen is deliberately mismanaging the economy as part of Defendant Biden's scheme to destroy the United States **(Para. 17)**; suspend the authority of Defendant Yellen over the U.S. Treasury and appoint an interim head with instructions to stop the continuous printing of money and to move federal regulators to enforce the basic rules of proper banking policy over banks;

6) FREEZE all expenditures Defendant Biden has dispersed and allocated to provide for illegal immigrants he as let into the United States **(Para. 21)**; DEEM that all contracts issued by Biden Administration regarding illegal immigrants are VOID, as they are the result of Defendant Biden defrauding the U.S. government; ORDER that all federal and state agencies, non-government organizations (NGOs), private entities, etc. return all funds issued by Biden Administration regarding illegal immigrants to the U.S. Treasury; appoint a Special Master to monitor and ensure that all such funds are returned to the U.S. Treasury;

7) DEEM that Defendant Biden's climate crisis agenda is a fraud **(Para. 14)**; VACATE and terminate every program and Executive Order implemented by Defendant Biden regarding the so-called climate crisis or climate change—including Biden's American Climate Corps—and **return the matter of renewable energy back to the private sector and free markets to work out**; DEEM all federal contracts VOID that were signed or issued under Defendant Biden's fake climate crisis and climate change agenda—owing to the fact that they were authorized by fraud under the Biden Administration; ORDER that all federal and state agencies, NGOs, private individuals, etc., possessing unspent tax funds related to the climate crisis and or climate change issued by the Biden Administration be returned to the U.S. Treasury; appoint a Special Master to monitor and ensure that all such funds are returned to the U.S. Treasury and that the Court's mandates are adhered to;

8) DEEM that Defendant Biden/federal government has no authority or jurisdiction to advocate for the killing of unborn children nor to make killing unborn children available to women **(Paras. 23-25)**; DEEM that Defendant Biden/federal government has no authority or jurisdiction to indoctrinate children and young adults with counterfeit knowledge; ORDER the Biden Administration to cease and desist from advocating pushing the killing of unborn children; ORDER the U.S. Dept. of Education and National Education Association to cease and desist from indoctrinating students with the counterfeit knowledge listed on **Para. 26.**, particularly transgenderism and homosexuality; ORDER the DoE and NEA to make it their top priority to teach K-12 students the fundamentals of education that include reading, writing, arithmetic, science and cursive handwriting;

9) DEEM that Defendant Biden's court battles to block the First Amendment right of free speech of Americans and Americans' Second Amendment right to bear arms are part of his agenda to destroy the United States and constructively delete the U.S. Constitution **(Para. 13)**; ORDER the Biden Administration to cease and desist all litigation that attempt to infringe on the Constitutional rights of U.S. citizens;

10) DEEM that the $80 billion and 87,000 new agents for the IRS **(Para. 19**) are part of Defendant Biden's fraud against the U.S. government—to identify and track political opponents; ORDER that the program be shut down, that employees hired under the program be released and all relevant unspent funds be returned to the U.S. Treasury; appoint a Special Master to ensure that the Court's IRS mandates are adhered to;

11) DEEM that Defendant Biden chose General Charles Q. Brown to be Chairman of the U.S. Joint Chiefs of Staff in order to indoctrinate the U.S. Armed Forces with woke and transgenderism to turn men feminine and squeeze out straight white males (historically the best and most prolific recruits) to downsize and weaken the U.S. Armed Forces **(Para. 20)**; SUSPEND the authority of Gen. Brown and appoint an interim Chairman to head the Joint Chiefs to purge the Armed Forces of woke and transgenderism and put the U.S. military back on its original mission and trajectory prior to Defendant Biden's presidency; ORDER the Joint Chiefs of Staff to remove the course "Deconstructing Patriotism" from all of the nation's military academies;

12) DEEM that Defendant Biden has partnered with the Soros family to fund pro-crime mayors and district attorneys to draw adults and youngsters into criminal behavior to increase crime and

turn U.S. cities into wastelands **(Para. 22)**; ORDER that the Soros family via its Open Society Foundations cease and desist from all political and non-profit activities in the United States;

13) DEEM that Defendant Mayorkas is integral to Defendant Biden's and Democrat elites' scheme to defraud and destroy the United States, having been impeached, by opening the U.S. border to let in millions of illegal immigrants and the boundless malaise that comes with it; suspend Defendant Mayorkas's authority over the Dept. of Homeland Security and appoint an interim head of the agency.

C.
### Preliminary/Declaratory Relief

Based on overwhelming prima facie evidence provided in the Memorandum of Law and Treatise and public knowledge, it is prayed that the Court will certify and issue the CERTIFICATES OF INELIGIBILITY TO OCCUPY FEDERAL OFFICE (attached to motion) against the following defendants:

- ➢ Joseph R. Biden, Jr.
- ➢ Kamala Harris
- ➢ Lloyd Austin
- ➢ Alexander Mayorkas
- ➢ Fani Willis
- ➢ Becky Pringle
- ➢ Miguel Cardona
- ➢ Janet Yellen
- ➢ Alexander Soros
- ➢ Merrick Garland

D.
### Preliminary Declaratory Relief

It is prayed that the Court DECLARE the following: that Defendant Biden obtained the U.S. presidency by defrauding the U.S. government as part of a conspiracy to destroy the United States; that Biden's presidency is not legal nor legitimate; that the illegality of Biden's presidency deprives him of authority to declare a State of Emergency and or Martial Law

It is prayed that the Court will inform every Member of Congress and U.S. Supreme Court and the Governors of fifty (50) States of this declaration.

E.
### Preliminary Injunctive Relief

It is prayed that the Court update the jurisprudence of federal courts to deal with the influx of people infiltrating the U.S. government to corrupt and destroy the United States by adopting the "Certificate of Ineligibility to Occupy Federal Office" (CIOFO) for use in federal district courts. The proposed process and rules for the proper use of CIOFOs are set forth in the Memorandum of Law and Treatise (pp.4,14).

F.
### Damages

It is prayed that the Court rule that damages are presumed where a defendant undertakes to systematically destroy the United States. It is prayed that the Court award me $5 million in compensatory damages from each defendant. It is prayed that the Court award me $5 million in punitive damages from each defendant. (All defendants were private citizens when they conspired to defraud and destroy the United States.)

### CONCLUSION

It is prayed that the Court ORDER defendants to pay all legal fees and costs associated with this litigation. It is prayed that the Court grant whatever further relief it deems just and proper.

Signed this _ *1 4TH* _ day of June, 2024.

David Cobble

David Cobble

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Signed this ___ /4TH ___ day of June, 2024.

David Cobble
P.O. Box 56110
Atlanta, Georgia  30343
404-908-3032
davidcobble@fastmail.com