UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID COBBLE,<br>      Plaintiff(s),<br><br>vs.<br><br>JOSEPH R. BIDEN, JR., et al.,<br>      Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:24-cv-02608-JPB |

### J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** because Plaintiff lacks standing and because his fraud claim falls short of the particularity requirement of Federal Rule of Civil Procedure 9(b).

Dated at Atlanta, Georgia, this 22nd day of November, 2024.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                              By:  s/G. Ward_____
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 22, 2024
Kevin P. Weimer
Clerk of Court

By: \_\_\_s/G. Ward_____
      Deputy Clerk